IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ROBERT TUNSTALL, B-79295,

Plaintiff.

No. C 15-0615 CRB (PR)

ORDER OF DISMISSAL

On February 9, 2015, the clerk filed as a new prisoner action a letter by plaintiff complaining of improper medical care at the California Health Care Facility in Stockton. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: Mar 25, 2015

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Tunstall, R.15-0615.dsifp.wpd